IN THE CIRCUIT COURT OF JOHNSON COUNTY, ARKANSAS
CIVIL DIVISION I

RONALD PATTERSON
and PATRICIA PATTERSON,
Husband and Wife                                         PLAINTIFFS

V      NO. CIV-2010-215

KENNETH WOODWARD and
LAUREL SUNG, Husband and Wife;
UNITED STATES FORREST SERVICE;
GLIDEWELL FAMILY TRUST; JOHN
DAVID ROUGHLEY; ROBERT RITCHIE and
JEANNIE RITCHIE, Husband and Wife; and
COLIN BIBLE and LESLIE BIBLE, Husband
and Wife                                                 DEFENDANTS

## AMENDED PETITION

Comes now the Plaintiffs, Ronald Patterson and Patricia Patterson, husband and wife, by and through their attorney, Allen Laws of Laws & Murdoch P.A., and for their Amended Petition, state as follows:

1. That Plaintiffs, Ronald Patterson and Patricia Patterson, Husband and Wife, are residents of Johnson County, Arkansas.

2. That Defendants, Kenneth Woodward and Laura Sung, Husband and Wife, are current residents of Washington County, Arkansas, and can be served at 4240 Carson Drive, Fayetteville, AR 72701.

3. That the Defendant, United States Forrest Service, is a United States Government Agency of the United States Department of Agriculture that can be served

by serving the U.S. Attorney's Office of the Western District of Arkansas and by serving the Attorney General of the United States at Washington, D.C.

4. That Defendant, Glidewell Family Trust, and can be served at 24903 Highway 22, Lavaca, AR 72941.

5. That Defendant, John David Roughley is a resident of Johnson County, Arkansas, and can be served at PO Box 51, Clarksville, AR 72830.

6. That Defendant, Robert Ritchie and Jeannie Ritchie, Husband and Wife, are residents of Johnson County, Arkansas, and can be served at 404 FS Road 1450, Clarksville, AR 72830.

7. That the Defendant, Colin Bible and Leslie Bible, Husband and Wife, are residents of Frisco, TX, but own property adjacent to the property, which is the subject of this litigation in Johnson County, Arkansas, and they can be served at 3700 Legacy Drive, Apt. 28105, Frisco, TX 75034.

8. That all land which is the subject to this litigation is located in Johnson County, Arkansas. This Court is proper with respect to venue and jurisdiction.

## COUNT I

9. That the Plaintiffs are the owners of the following land situated in Johnson County, Arkansas:

> The Southwest Quarter of the Northeast Quarter (SW/4 NE/4) and the Northwest Quarter of the Southeast Quarter (NW/4 SE/4) of Section 27, Township 11 North, Range 24 West, containing 80 acres more or less

> Also, the Southeast Quarter of the Northeast Quarter (SE/4 NE/4)

of Section 27, Township 11 North, Range 24 West, containing 40 acres, more or less.

That a copy of Page 12 of the 1995 Plat Book is attached hereto as Exhibit "A" as though set out fully word for word.

10. That there is not access to this property from an existing road.

11. That between the Plaintiff's land and an existing road is the land of Kenneth Woodward and Laurel Sung, described as follows:

> The Northwest Quarter of the Southeast Quarter (NW/4 SE/4) and The South Half of the Northeast Quarter (S/2 NE/4), all in Section 27, Township 11 North, Range 24 West.

12. It is necessary that the Plaintiffs have a private road from their land to such road across the land of Kenneth Woodward and Laurel Sung. Kenneth Woodward and Laurel Sung refuse to permit the Plaintiffs to construct same.

13. That pursuant to Arkansas Law, this Court entered an Order appointing viewers to evaluation perspective routes to the Plaintiffs' property. That all of the Defendants are made a party to this action by virtue of the fact that they own property where the various routes selected by the viewers may run.

## COUNT II

14. That the Plaintiffs re-allege the allegations contained in Count I.

15. That the Plaintiffs and the Plaintiffs' predecessors in title had access to their property using a road on the Defendant's property. This road was used in access of seven years.

16. That the use of the road by the Plaintiffs and their predecessors in title was open and notorious, and continued until blocked by the Defendants.

17. That due to the past use of the existing road, the Plaintiffs have acquired a prescriptive easement across the Defendants' property.

WHEREFORE, premises considered, the Plaintiffs, Ronald Patterson and Patricia Patterson, pray that their Petition for Private Road be granted, or in the alternative, for a prescriptive easement, and for all other proper relief to which they may be entitled.

RONALD PATTERSON and PATRICIA PATTERSON - Plaintiffs

By: _____
ALLEN LAWS, ABA #86109
LAWS & MURDOCH, P.A.
P. O. Box 3000
Russellville, AR 72801
Ph: 479/968

## CERTIFICATE OF SERVICE

I, Allen Laws, do hereby certify that I have served a copy of the above and foregoing pleading by regular mail, postage prepaid, to the following:

Len Bradley
Attorney at Law
210 West Main Street
Clarksville, AR 72830

on this __18__ day of July, 2010.

_____
Allen. Laws







